UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Raul Carranza-Ambriz
Defendant(s)

CRIMINAL NO. 08mj8495

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Gomez-Villafan

DATED: 6/12/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

K. HAMMERLY

RECEIVED
2008 JUN 12 P 4:06
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95