UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Raul Carranza-Ambriz

Defendant(s)

CRIMINAL NO. 08mj 8495

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Navarro-Salmoc

RECEIVED

2008 JUN 12 PM 4:06

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

DATED: 6/12/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Deputy Clerk

K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082